October Term 12 Geo. 3.

THE KING
*v.*
GRANT.

REC. 1771.
Fol. 191.

A Prisoner
may be re-
moved from
one Goal to
another by
parol Order.
— *Habeas
Corpus ad
Testifican-
dum.*

## The King *verf.* John Johnfon Grant.

GRANT was a Prifoner in Concord Goal and, on Motion of the Attorney General, was removed to Cambridge Goal by parol Order, which I have taken Notice is the conftant Practice of the Court.

And note that a *Habeas Corpus ad Teftificandum* was awarded for Abram Littlehead at the Motion of the Attorney General.